

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jessica Growden, Individually and On Behalf of All Others Similarly Situated, Appellant

No. 06-17-00093-CV          v.

Good Shepherd Health System, The Good Shepherd Hospital, Inc., and Good Shepherd Medical Center, Appellees

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2016-647-B).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's dismissal of Growden's class-action claims, including her claim for attorney fees related to those claims, reverse the trial court's dismissal of Growden's individual claim for attorney fees, and remand this matter to the trial court for further proceedings.

We further order that the appellees, Good Shepherd Health System, The Good Shepherd Hospital, Inc., and Good Shepherd Medical Center, pay all costs of this appeal.

RENDERED MAY 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk